UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE LEWIS,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | No. C10-1738-MAT<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based on the Agreed Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including March 2, 2011, to file the Opening brief;

- Defendant shall have up to and including March 30, 2011, to file the Responsive brief;

- Plaintiff shall have up to and including April 13, 2011, to file the Reply brief.

ORDER
(C10-1738-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

DATED this 8th day of February, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/Sandra Widlan
SANDRA WIDLAN
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
widlan@sgb-law.com