UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DIANE LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No.  C10-1738-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

　　　Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before April 27, 2011; and

- Plaintiff shall file the Optional Reply Brief on or before May 11, 2011.

**This is the second agreed order continuing the briefing deadline.  No further extensions will be granted absent extraordinary circumstances.**

　　　DATED this 29th day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1      ORDER - [C10-1738-MAT]

1
2
3  Presented By:
4  s/ Mathew W. Pile
   MATHEW W. PILE
   Special Assistant U.S. Attorney
5  Office of the General Counsel
   Social Security Administration
6  701 Fifth Avenue, Suite 2900, M/S 221A
   Seattle, WA 98104-7075
7  Telephone: (206) 615-3760
   Fax: (206) 615-2531
8  mathew.w.pile@ssa.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24